# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

| | |
|---|---|
| James Albert Jones } | **Case No: 18-71073-JHH13** |
| SSN: XXX-XX-2825 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER SUSTAINING

This matter came before the Court on Tuesday, June 07, 2022 01:00 PM, for a hearing on the following:

RE: Doc #82; Debtor's Objection to Claim Number 7 Filed by U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust in the Amount of $45,710.41

Proper notice of the hearing was given and appearances were made by the following:

C David Cottingham (Trustee)
Jan Eberhardt, attorney for James Albert Jones  (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the hearing, the debtor(s)' objection to claim number seven (the "Claim") of U.S. Bank Trust National Association, as Trustee of the Chalet Services IV Bank (Doc. 82) is SUSTAINED; the allowed amount of the Claim is reduced to the amount paid by the chapter 13 trustee; and the balance of the Claim is disallowed.

Dated: 06/10/2022

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge